# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

COOK PRODUCTIONS, LLC,

    Plaintiff,

v.

ANGELA WALKER, et al.,

    Defendants.

C17-252 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Extend Time to Serve the Complaint, docket no. 13, is GRANTED and the deadline for effecting service is EXTENDED to June 16, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2017.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1