# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COOK PRODUCTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TECORA MILLER,<br><br>    Defendant. | C17-101 TSZ |
| COOK PRODUCTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELA WALKER; OKSANA KOVALCHUK; MARGARITA HERNANDEZ; and OLIVIA BOWSER-RICHARD,<br><br>    Defendants. | C17-252 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In both of these actions, all remaining defendants are in default. *See* Order (docket no. 28 in C17-101 TSZ); Orders (docket nos. 30, 31, 32, & 33 in C17-252 TSZ). Since July 2017, when the various defaults were entered, plaintiff has not sought default judgment or otherwise taken any steps to prosecute these matters. Meanwhile, the United States Court of Appeals for the Ninth Circuit issued a decision in *Cobbler Nevada, LLC v. Gonzales*, 901 F.3d 1142 (9th Cir. 2018), which requires plaintiff to plead, in support of its copyright infringement claims, "something more" than each defendant's status as the subscriber of an Internet Protocol address associated with transmission of a segment of plaintiff's motion picture via a peer-to-peer network using the BitTorrent protocol. *See id.* at 1145. Plaintiff is hereby DIRECTED to SHOW CAUSE, by November 16, 2018, why the Court should not vacate the defaults entered in these matters and dismiss plaintiff's claims (either with or without prejudice, with or without leave to amend) for failure to state a claim and/or failure to prosecute.

MINUTE ORDER - 1

(2) Any objection by a defendant to plaintiff's response to this show cause order shall be filed by December 7, 2018. Any reply by plaintiff to any such objection shall be filed by December 14, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to all remaining (albeit defaulted) pro se defendants.

Dated this 19th day of October, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2